PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00086-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| JERRETT NEWMAN, | Date: December 8, 2021<br>Time: 2:00 p.m. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for Jerrett Newman, that the status conference currently scheduled for December 8, 2021, at 2:00 p.m. may be continued to December 22, 2021, at 2:00 p.m.

//

//

//

Counsel for defendant requests additional time to review discovery and the Petition, conduct further investigation and research, and discuss a potential resolution with the government and United States Probation. The government does not oppose the continuance.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: December 6, 2021        */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 6, 2021        */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
JERRETT NEWMAN


## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for December 8, 2021, at 2:00 p.m. is hereby continued to December 22, 2021, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **December 6, 2021**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE