HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JERRETT NEWMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>JERRETT NEWMAN,<br><br>*Defendant.* | No. 1:16-cr-00086-LJO-SKO<br><br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD |

Meghan D. McLoughlin, Assistant Federal Defender, and counsel of record in the above-captioned case, moves for an order allowing her to withdraw as counsel of record and for appointment of new counsel to represent defendant Jerrett Newman. As grounds, she states:

1. The Federal Defender's Office was appointed to represent Jerrett Newman on July 6, 2021 at his initial appearance. ECF No. 28.
2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's office in Fresno.
3. As of October 11, 2021, the undersigned has since transferred to the Sacramento office of the Federal Defender.
4. Because this matter had been opened before her transfer, undersigned counsel remained Mr. Newman's attorney of record.

5. However, at this time, it appears local counsel is needed in Fresno to assist Mr. Newman, especially in light of new charges that have been filed against him in an unrelated case.
6. As a result, the undersigned and the Federal Defender's hereby request that she be permitted to withdraw from the case, and that new counsel be appointed. The Federal Defender's office is in the process of arranging for CJA Panel counsel to be available for appointment.

Respectfully submitted,

DATED: December 21, 2021

*/s/ Meghan D. McLoughlin*
MEGHAN D. MCLOUGHLIN
Assistant Federal Defender
Attorneys for JERRETT NEWMAN

## O R D E R

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of Mr. Jerrett Newman, and that new counsel will be appointed.

DATED: 12/21/2021

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge

Newman: Motion to Withdraw