IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRETT NEWMAN,<br><br>Defendant. | Case No.:  1:16-CR-00086-001 JLT SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on December 8, 2023, to 24 months, which constitutes Time Served, the Court ORDERS that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **December 8, 2023**

_____
UNITED STATES DISTRICT JUDGE